No. 491. HARE & CHASE, INC., v. NATIONAL SURETY Co. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

*Messrs. Hartwell Cabell* and *Joseph S. Clark, Sr.,* for petitioner. *Mr. Henry DeForest Baldwin* for respondent.